UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

VALIANT GREEN,

    Plaintiff,

v.                          Case No. 15-cv-540

DAVID G. BETH, et al.,

    Defendants.

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Valiant Green, pro se plaintiff in the above-entitled matter, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on March 1, 2016.

Dated this 29 day of March, 2016.

x *Valiant Green*
VALIANT GREEN #629622
New Lisbon Corr. Inst.
PO Box 4000
New Lisbon, WI  53950